ORIGINAL

# In The United States Court of Federal Claims

Cover Sheet 04- 577C

Plaintiff(s) or Petitioner(s)

MORGANTI FLORIDA, INC.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Louis R. Pepe

Firm Name: Pepe & Hazard LLP

Post Office Box:

Street Address: 225 Asylum Street

City-State-Zip: Hartford, CT 06103

Telephone & Facsimile Numbers: (860) 522-5175; (860) 522-2796

E-mail address: lpepe@pepehazard.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: [1] [0] [0]

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: [P] [S] [ ]

**See attached Sheet for three digit code.**

Amount Claimed: $ To Be Determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003