ORIGINAL

FILED
APR - 5 2004
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT
OF
FEDERAL CLAIMS

| | |
|---|---|
| MORGANTI FLORIDA, INC. | |
| Plaintiff | CIVIL ACTION NO. |
| v. | 04- 577C |
| UNITED STATES OF AMERICA, | APRIL 2, 2004 |
| Defendant | |

**RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Morganti Florida, Inc., is a wholly own subsidiary of The Morganti Group.



SSO/13626/53/672451v1
04/02/04-HRT/

Dated this 2nd day of April 2004.

Respectfully submitted,

MORGANTI FLORIDA, INC.
By Counsel

Louis R. Pepe
Pepe & Hazard, LLP
Its Attorneys
225 Asylum Street
Hartford, CT 06103
**Tel No. (860) 522 5175**
**Fax No. (860) 522-2796**

Attorney for the Plaintiff