# In the United States Court of Federal Claims

No. 04-577 C

(Filed April 28, 2004)

* * * * * * * * * * * * * * * * * * * * *
MORGANTI FLORIDA, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 26, 2004, the Clerk's office received defendant's Notice of Appearance in *paper format*. The Clerk's office stated the submission was defective because the subject matter is designated an electronic case and *all* filings are required to be filed *electronically*. The matter was referred for a ruling.

Accordingly, it is hereby **ORDERE**D that the Clerk's office shall **RETURN** defendant's Notice of Appearance to defendant, **UNFILED**, for the above-stated reason; and defendant shall **FILE** its notice ***electronically*** on or before **May 7, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge