IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MORGANTI FLORIDA, INC., )
)
Plaintiff, )
)
v. ) No. 04-577C
) (Judge Bush)
)
THE UNITED STATES, )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Margaret E. McGhee as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

MARGARET E. MCGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: May 12, 2004

/s Margaret E. McGhee
MARGARET E. MCGHEE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele:(202) 305-3634
Fax: (202) 514-8640

Notice of Filing

I hereby certify that on May 12, 2004, a copy of the foregoing notice of appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Margaret McGhee