# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| MORGANTI FLORIDA, INC., | * |
| Plaintiff, | * |
| | * No. 04-577C - ADR Pilot |
| v. | * Filed: May 21, 2004 |
| | * cc: Judge Bush |
| UNITED STATES, | * |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

The above-captioned case is a participating case in the United States Court of Federal Claims' Alternative Dispute Resolution (ADR) Pilot Program and the undersigned is the ADR judge assigned to this case. Pursuant to the Second Amended General Order No. 40 ADR Pilot Procedures, after receiving the Notice of Appearance, the ADR judge is responsible for scheduling an early meeting with the parties to discuss the use of ADR to resolve the case, any threshold issues, including jurisdictional issues, and if appropriate, the ADR judge may provide the parties with an early neutral evaluation.

The Notice of Appearance in the above-captioned case was filed on May 12, 2004. Therefore, the court, hereby, schedules an ADR meeting with the parties on **Thursday, June 3, 2004 at 10:30 a.m.** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 305-3634. The parties should be prepared to discuss the possibility of resolving the above-captioned case via alternative means.

Pursuant to the Second Amended General Order No. 40, the parties shall execute and submit the ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Tuesday, June 1, 2004 at 12:00 p.m.** via fax at (202) 219-9543. The ADR Confidentiality Agreement is attached to General Order No. 40, which can be found on the court's internet website at http://www.uscfc.uscourts.gov/adr.htm. A copy of this order is being provided to the presiding trial judge. The clerk's office shall strike the previous order of the same date due to the lack of a signature.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**

**ADR Judge**