# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **MORGANTI FLORIDA, INC.,** | |
| **Plaintiff,** | **No. 04-577C - ADR Pilot** |
| **v.** | **Filed: June 3, 2004** |
| **UNITED STATES,** | **cc: Judge Bush** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

Pursuant to the May 21, 2004 ADR order, an ADR meeting was scheduled with the parties for Thursday, June 3, 2004. On May 28, 2004, the parties telephoned the chambers of the undersigned to request that the meeting be rescheduled. Plaintiff's counsel represented that the parties are currently engaged in active settlement negotiations and that a settlement offer might be finalized in three weeks. The undersigned commends the parties for taking the initiative to resolve this case via alternative means and encourages them to continue their settlement talks.

In light of these representations, the ADR meeting previously scheduled for Thursday, June 3, 2004 is, hereby, **CANCELED**. The parties shall jointly report on the status of their settlement negotiations to the chambers of the undersigned judge via telephone on **Friday, June 18, 2004** at (202) 219-9576.

If necessary, the undersigned remains available to assist the parties at any time and looks forward to an appropriate, cost-effective, and expeditious resolution of the above-captioned case. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**