IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORGANTI FLORIDA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-577C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including August 3, 2004, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed June 4, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant sent a copy to the United States Postal Service with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for the Postal Service has informed

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive
(continued...)

counsel for defendant that additional time is necessary for him to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

In addition, a new counsel of record for defendant has been assigned to this case, with the departure last week of the Government's former counsel of record. Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response.

Also, the parties in this action are engaged in discussions aimed at resolving this matter without further involvement of the Court. This case was assigned to a settlement judge pursuant to the Court's ADR pilot program and a status conference with that judge recently was postponed to allow the parties additional time to settle this matter.

It is anticipated that during the next several weeks the parties will continue their efforts to resolve this case. In the event a settlement is reached, preparation and filing of defendant's answer no longer will be necessary.

In the event the case does not settle, additional time will be necessary so that defendant's counsel may have a sufficient

---

[1](...continued) department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

opportunity to review any litigation report and suggested response to the complaint prepared by the Postal Service, obtain any additional information or clarification from the Postal Service, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

OF COUNSEL:

MICHAEL F. KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service

JUNE 4, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 4th day of JUNE 2004, I caused to be placed in United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Louis R. Pepe
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06108-4302

s/ David B. Stinson