# In the United States Court of Federal Claims

No. 04-577 C

(Filed June 9, 2004)

* * * * * * * * * * * * * * * * * * * * *
MORGANTI FLORIDA, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 4, 2004, defendant filed an Unopposed Motion for Enlargement of Time of sixty days, to and including August 3, 2004, within which to file its response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge