# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **MORGANTI FLORIDA, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * **No. 04-577C - ADR Pilot** |
| | * **Filed: June 29, 2004** |
| **UNITED STATES,** | * **cc: Judge Bush** |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

Pursuant to the June 3, 2004 ADR order, the parties were directed to jointly report on the status of their settlement negotiations to the chambers of the undersigned judge via telephone on Friday, June 18, 2004. In that telephone conversation, the parties reported that they have settled the underlying issues in this case, but the implementation of that settlement will take a couple of months. The parties proposed two options with regard to how this case should proceed: one, the case could be stayed pending the completion of the remedial work in this case; or two, a settlement agreement could be entered into prior to completion of that work. The undersigned recommended that a settlement agreement be entered into that is self-executing, such that it would be finalized upon completion of the remedial work in this case.

After discussions with the parties, an ADR meeting was scheduled for **Monday, July 19, 2004 at 10:30 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 305-3634. The parties should be prepared to discuss whether a settlement agreement that dismisses this case can be achieved. If the parties achieve a settlement agreement that dismisses this case before Monday, July 19, 2004, they shall so inform the chambers of the undersigned immediately and the conference will be canceled by the court.

Pursuant to the Second Amended General Order No. 40, the parties shall execute and submit the ADR Confidentiality Agreement to the chambers of the undersigned judge on or before **Thursday, July 15, 2004 at 12:00 p.m.** via fax at (202) 219-9543. The ADR Confidentiality Agreement is attached to General Order No. 40, which can be found on the court's internet website at http://www.uscfc.uscourts.gov/adr.htm.

The undersigned commends the parties for taking the initiative to resolve this case via

alternative means and for their cooperation towards achieving a satisfactory resolution. If necessary, the undersigned remains available to assist the parties at any time and looks forward to an appropriate, cost-effective, and expeditious resolution of the above-captioned case. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**