# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**MORGANTI FLORIDA, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-577C - ADR Pilot**
**Filed: July 19, 2004**
**cc: Judge Bush**

## O R D E R

Pursuant to the June 29, 2004 ADR order, an ADR meeting was scheduled with the parties on Monday, July 19, 2004. At that meeting, the parties reported that, while they have made some progress, a critical issue remains to be addressed. The parties represented that another ADR conference with the court may prove fruitful. In the interim, the parties will continue to work closely with each other to resolve the case. As previously stated, the undersigned remains available to assist the parties at any time.

An ADR meeting was scheduled for **Monday, July 26, 2004 at 11:30 a.m.** If the parties believe that it would be to the case's benefit to conduct that meeting in person at the court, the parties should telephone the chambers of the undersigned judge on or before **Friday, July 23, 2004 at 12:00 p.m.** so that a conference room at the court can be reserved. If the parties appear in person for the meeting, the principals of both parties should also be in attendance. If the parties wish to appear by telephone, unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 307-0163. Unless otherwise notified, agency counsel will be contacted at (202) 268-4037. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings, including the July 26, 2004 ADR telephone conference.

The answer in this case is due August 3, 2004. The parties should file an enlargement motion with the trial judge requesting additional time to file the answer so that ADR talks can continue. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**