# In the United States Court of Federal Claims

| | |
|---|---|
| MORGANTI FLORIDA, INC., Plaintiff, | No. 04-577C - ADR Pilot |
| v. | Filed: July 27, 2004 |
| UNITED STATES, Defendant. | cc: Judge Bush |

## ORDER

Pursuant to the July 19, 2004 ADR order, a brief ADR meeting was held with the parties on Monday, July 26, 2004. At that meeting, the parties reported that they have made progress and that another ADR conference to assess the status of this case would be beneficial. In the interim, the parties will continue to work closely with each other to resolve the case. As previously stated, the undersigned remains available to assist the parties at any time.

A follow-up ADR meeting was scheduled for **Thursday, July 29, 2004 at 3:00 p.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 307-0163. Unless otherwise notified, agency counsel will be contacted at (703) 644-3525. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings, including the July 29, 2004 ADR telephone conference.

The parties are reminded that the answer in this case is due August 3, 2004. If necessary, the parties should file an enlargement motion with the trial judge requesting additional time to file the answer so that ADR talks can continue. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**