IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MORGANTI FLORIDA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-577C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including September 2, 2004, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed August 3, 2004. This is defendant's second request for an enlargement of time for this purpose. The Court previously has granted defendant one enlargement of time of 60 days for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

As noted in our previous request for an enlargement of time, this case was assigned to a settlement judge pursuant to the Court's ADR pilot program. Since the filing of our previous request for an enlargement of time, the parties have engaged in extensive discussions aimed at resolving this matter without further involvement of the Court. The parties also have received, and continue to receive, the assistance of the ADR

judge assigned to this case in an effort to amicably resolve this matter.

It is anticipated that during the next several weeks the parties will continue their efforts to resolve this case. In the event a settlement is reached, preparation and filing of defendant's answer no longer will be necessary.

In the event the case does not settle, additional time will be necessary so that defendant's counsel may have a sufficient opportunity to review any litigation report and suggested response to the complaint prepared by the Postal Service, obtain any additional information or clarification from the Postal Service, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

OF COUNSEL:

MICHAEL F. KIELY
Commercial and Appellate Litigation
Law Department
United States Postal Service

JULY 28, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 28th day of JULY 2004, I caused to be placed in United States mail (first-class mail, postage prepaid) copies of "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

Louis R. Pepe
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06108-4302

s/ David B. Stinson