# In the United States Court of Federal Claims

No. 04-577 C

(Filed July 29, 2004)

* * * * * * * * * * * * * * * * * * * * * *
MORGANTI FLORIDA, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 28, 2004, defendant filed an Unopposed Motion for Enlargement of Time of thirty days, to and including September 2, 2004, within which to file its response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge