# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**MORGANTI FLORIDA, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 04-577C - ADR Pilot**
**Filed: July 29, 2004**
**cc: Judge Bush**

**O R D E R**

A brief ADR meeting was held with the parties on Thursday, July 29, 2004. At that meeting, the parties reported that they have made progress and that another ADR conference would be beneficial. In the interim, the parties will continue to work closely with each other to resolve the case. The undersigned commends the parties for their persistent efforts to resolve the above-captioned case without the need for litigation. As previously stated, the undersigned remains available to assist the parties at any time.

A follow-up ADR meeting is scheduled for **Tuesday, August 10, 2004 at 10:30 a.m.** Both parties may appear by telephone. On or before **Friday, August 6, 2004**, the parties shall contact the chambers of the undersigned at (202) 219-9576 to relay the telephone numbers where they can be reached for the August 10, 2004 ADR conference. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings, including the August 10, 2004 ADR telephone conference. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**