# In the United States Court of Federal Claims

| | |
|---|---|
| MORGANTI FLORIDA, INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 04-577C - ADR Pilot<br>Filed: August 10, 2004<br>cc: Judge Bush |

## O R D E R

A brief ADR meeting was held with the parties on Tuesday, August 10, 2004. At that meeting, the parties reported that they have made progress and that another ADR conference would be beneficial. In the interim, the parties will continue to work closely with each other to resolve the case. The undersigned commends the parties for their persistent efforts to resolve the above-captioned case without the need for litigation. As previously stated, the undersigned remains available to assist the parties at any time.

A follow-up ADR meeting is scheduled for **Friday, August 20, 2004 at 10:00 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 307-0163. Unless otherwise notified, agency counsel will be contacted at (202) 268-4037. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings, including the August 20, 2004 ADR telephone conference. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**