# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| **MORGANTI FLORIDA, INC.,** | * |
| **Plaintiff,** | * |
| | * No. 04-577C - ADR Pilot |
| **v.** | * Filed: August 20, 2004 |
| | * cc: Judge Bush |
| **UNITED STATES,** | * |
| **Defendant.** | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

An ADR meeting was held with the parties on Friday, August 20, 2004. At that meeting, the parties reported that they have made substantial progress toward the resolution of this case. The undersigned commends the parties for their persistent efforts to resolve the above-captioned case without the need for litigation.

A brief, follow-up ADR meeting is scheduled for **Monday, August 30, 2004 at 10:00 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 307-0163. Unless otherwise notified, agency counsel will be contacted at (202) 268-4037. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings, including the August 30, 2004 ADR telephone conference. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**