# In the United States Court of Federal Claims

No. 04-577 C

(Filed August 31, 2004)

* * * * * * * * * * * * * * * * * * * * *
MORGANTI FLORIDA, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 30, 2004, defendant filed an Unopposed Motion for Enlargement of Time of twenty-one days, to and including September 23, 2004, within which to file its response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge