# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | * |
| MORGANTI FLORIDA, INC., | * |
| Plaintiff, | * |
| | * No. 04-577C - ADR Pilot |
| v. | * Filed: September 8, 2004 |
| | * cc: Judge Bush |
| UNITED STATES, | * |
| Defendant. | * |
| * * * * * * * * * * * * * * * * * * | * |

**O R D E R**

An ADR meeting was held with the parties on August 30, 2004. At that meeting, the parties reported that they have made substantial progress toward the resolution of this case. The undersigned once again commends the parties for their persistent efforts to resolve the above-captioned case without the need for litigation.

A brief, follow-up ADR telephone conference is scheduled for **Wednesday, September 15, 2004 at 9:30 a.m.** Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff at (860) 522-5175. Unless otherwise notified, the court will contact defendant at (202) 307-0163. Unless otherwise notified, agency counsel will be contacted at (202) 268-4037. The ADR Confidentiality Agreement previously submitted by the parties will continue to govern ADR proceedings, including the September 15, 2004 ADR telephone conference.

If this case is settled in its entirety and dismissed before the September 15, 2004 conference, the parties shall notify the undersigned judge, in addition to notifying the trial judge. The September 15, 2004 ADR conference can only be canceled by the undersigned and will only be canceled when this case has been settled and dismissed. A copy of this order is being provided to the presiding trial judge.

**IT IS SO ORDERED.**

S/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**