**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MORGANTI FLORIDA, INC.** | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO. 04 577C** |
| | : | **(Judge Bush)** |
| **v.** | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **SEPTEMBER 16, 2004** |
| **Defendant.** | : | |

## NOTICE OF DISMISSAL

Pursuant RCFC 41(a)(1) and in accordance with the terms of a settlement agreement with the United States of America dated September 14, 2004, plaintiff Morganti Florida, Inc., hereby files this notice of dismissal, dismissing this action with prejudice. By agreement, this dismissal shall enter without costs to either party.

Dated at Hartford, Connecticut this 16th day of September 2004.

Respectfully submitted,
MORGANTI FLORIDA, INC.

By: ______________________

Louis R. Pepe
Pepe & Hazard, LLP
Its Attorney
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
Tel No. (860) 522 5175
Fax No. (860) 522-2796

Attorney for the Plaintiff

**CERTIFICATION OF SERVICE**

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 16th day of September, 2004, to:

DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

Attorney for Defendant

By: ______________________________
Louis R. Pepe